UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * |
| vs. | * MISCELLANEOUS NO. B-04-015 * * |
| VERONICA RODRIGUEZ | * |

### PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Internal Revenue Service Officer Linda Briones, Petitioners, through Michael T. Shelby, United States Attorney for the Southern District of Texas, request this Court to enter an order enforcing an Internal Revenue Service summons issued to VERONICA RODRIGUEZ. In support thereof, the Petitioners would show the following:

### JURISDICTION

1. This Court has subject matter jurisdiction under authority of 28 U.S.C. §§1340 and 1345.

2. This Court has jurisdiction to issue appropriate process upon application by the Petitioners under authority of 26 U.S.C. §§7402(b) and 7604(a).

### VENUE

3. Venue is proper in the Southern District of Texas because Respondent, VERONICA RODRIGUEZ can be found in, the Southern District of Texas.

### ENFORCEMENT ACTION

4. An Internal Revenue Service summons was issued by Internal Revenue Service Officer Linda Briones to Veronica Rodriguez on November 13, 2003 under the authority of 26 U.S.C. §7602. The Declaration of Revenue Officer Linda Briones supporting this action is attached hereto

as Exhibit "1" and incorporated herein by reference. A copy of the summons is attached as Exhibit "2" and incorporated herein by reference.

5. The summons directed Veronica Rodriguez to appear and give testimony and to bring with her and to produce for examination books, records, papers, and other data relating to the tax liability of the collection of the tax liability or for the purposes of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning **Veronica Rodriguez**, for calendar years June 30, 2002, September 30, 2002, December 31, 2002 and March 31, 2003, including but not limited to, all non-negotiable titles for trucks owned by this company including a detail listing of any vehicles that have been sold or traded in. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.

6. To date, Veronica Rodriguez has not complied with the summons.

7. The summons was issued for the legitimate purpose of enabling a representative of the Internal Revenue Service to complete a federal income tax return concerning **Veronica Rodriguez**.

8. Said Respondent failed to appear at the time and place designated by the Summons and failed to produce said records and documents.

9. The information sought by the summons is not within the possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code, Title 26, U.S.C., have been followed with respect to the issuance of the summons.

11. The summons was served on November 13, 2003 in accordance with 26 U.S.C. §7603 by Revenue Officer Linda Briones who delivered the summons to Veronica Rodriguez by taping it securely to their front door at their residence in a sealed envelope. A certificate of service of the

summons was signed as required by 26 U.S.C. §7603. A copy of said certificate of service is attached as Exhibit "3" and incorporated herein by reference.

12. On the date the summons was issued, and at the date this action commenced, there was no Department of Justice referral in effect, as defined by 26 U.S.C. §7602(c), with respect to Veronica Rodriguez.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioners respectfully pray that this Court enter an Order requiring Veronica Rodriguez to appear at a date and hour to be determined by the Court to show cause why she should not be directed by the Court to comply with the summons; and after notice and hearing, enter an Order requiring Veronica Rodriguez to give testimony, produce the afore noted records, papers or documents, or to show cause why Respondent should not be held in civil contempt for failing to produce the records previously subpoenaed.

Petitioners further pray that the Court authorize any United States Marshal, or a representative of the Internal Revenue Service, to serve a copy of this Petition and the Order to Show Cause to Veronica Rodriguez.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Petition to Enforce Internal Revenue Service Summons was mailed via certified mail, return receipt requested to Veronica Rodriguez, 418 Mockingbird St., San Benito, Texas 78586-7695 on this the 21st day of April, 2004.

STEVEN SCHAMMEL
Assistant U. S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> LINDA BRIONES, Revenue Officer <br> of the Internal Revenue Service <br><br> vs. <br><br> VERONICA RODRIGUEZ | * <br> * <br> * <br> *  MISCELLANEOUS NO. **B-04-015** <br> * <br> * <br> * |

### ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Veronica Rodriguez appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, _____ Floor Courtroom, 600 E. Harrison, _____ Floor, Brownsville, Texas, presided over by the undersigned, on the ___ day of _____, 2004, at ___ a.m./p.m., to show cause why she should not be compelled to obey the summons served on her, and that the Respondent file her written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's Exhibits attached thereto, be served upon Veronica Rodriguez at a reasonable time prior to the time set for hearing.

SIGNED on this the ___ day of _____, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:  U. S. Attorney
     McAllen, Texas

     Linda Briones, Revenue Officer
     Internal Revenue Service
     Harlingen, Texas  78550

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. **B-04-0151** |
| ) | |
| Veronica Rodriguez, ) | |
| ) | |
| Respondent. ) | |

## DECLARATION

Linda Briones declares:

1. I am employed as a revenue officer in the Small Business/Self-Employed Division of the Internal Revenue Service at Harlingen, Texas 78550.

2. In my capacity as a revenue officer, I am conducting an investigation into the collection of tax liability of Armando Rodriguez for the taxable period(s) ended 6/30/2002, 9/30/2002, 12/31/2002, & 3/31/2003.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on November 13, 2003, an Internal Revenue Service summons, Form 2039, to Veronica Rodriguez, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

4. In accordance with section 7603 of Title 26, U.S.C., on November 13, 2003, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Veronica Rodriguez, by leaving a copy at the last known place of abode, as evidenced in the certificate of service on the reverse side of the summons.

5. On November 25, 2003, the respondent, Veronica Rodriguez, appeared but refused to comply. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Armando Rodriguez for the taxable period(s) ended 6/30/2002, 9/30/2002, 12/31/2002, & 3/31/2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2004.

_____
Linda Briones
Revenue Officer



# Summons

In the matter of  **Armando Rodriguez, 418 Mockingbird St, San Benito, TX  78586-7695**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed Area: 10**

Periods  **June 30, 2002, September 30, 2002, December 31, 2002, & March 31, 2003**

## The Commissioner of Internal Revenue

To  **Veronica Rodriguez**
At  _418 Mockingbird, San Benito, Texas 78586_

You are hereby summoned and required to appear before Linda Briones, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All negotiable and non-negotiable titles for trucks owned by this company including a detail listing of any vehicles that have been sold or traded in. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

2701 S. Business 77 Sunshine Strip, Stop 5370 Harl, Harlingen, Texas 78550   956-365-5136

**Place and time for appearance at:**   2701 S. Business 77 Sunshine Strip, Stop 5370 Harl, Harlingen, Texas 78550

**IRS**
Department of the Treasury
**Internal Revenue Service**
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the _25th_ day of _November_, 2003 at _9:30_ o'clock _A_ m.

Issued under authority of the Internal Revenue Code this _13th_ day of _November_, _2003_

_Signature of Issuing Officer_        **Revenue Officer**
                                        Title

Signature of Approving Officer (if applicable)        Title

**Original** — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| November 13, 2003 | 1:20 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _in a sealed envelope taped securely to front door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____  Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)