United States District Court
S..... .......istrict of Texas
FILED

APR 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
South.... ....  t of Texas

APR 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA and | * |
| LINDA BRIONES, Revenue Officer | * |
| of the Internal Revenue Service | * |
| | * |
| vs. | * |
| | * |
| VERONICA RODRIGUEZ | * |

MISCELLANEOUS NO. **B-04-015**

## ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Veronica Rodriguez appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, 3'd Floor Courtroom, 600 E. Harrison, Floor, Brownsville, Texas, presided over by the undersigned, on the 18th day of May ___, 2004, at 8:30 a.m./p.m., to show cause why she should not be compelled to obey the summons served on her, and that the Respondent file her written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's Exhibits attached thereto, be served upon Veronica Rodriguez at a reasonable time prior to the time set for hearing.

SIGNED on this the 22nd day of April, 2004 in Brownsville, Texas.

UNITED STATES DISTRICT JUDGE

cc:   U. S. Attorney
      McAllen, Texas

      Linda Briones, Revenue Officer
      Internal Revenue Service
      Harlingen, Texas  78550