U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America and Linda Briones, Revenue Officer of the Internal Revenue Service | B-04-015 |
| DEFENDANT | TYPE OF PROCESS |
| Veronica Rodriguez | Petition to Enforce IRS Summons; Order to Show Cause |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Veronica Rodriguez, 418 Mockingbird St., San Benito

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT  Texas 78586-7695

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven Schammel, Asst. U. S. Attorney
U. S. Attorney's Office
1701 W. Bus. 83, Suite 600
McAllen, Texas 78501
(956) 618-8010

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please hand deliver via personal service upon Defendant and/or any other qualified member of household a copy of the Petition to Enforce Internal Revenue Service Summons and the Order to show Cause.

Signature of Attorney or other Originator requesting service on behalf of: Steven Schammel
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 956/618-8010
DATE: 4/21/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Armando Rodriguez (husband)

Address (complete only if different than shown above): Same as Above

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/30/04  Time: 5:20 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $15.00 | | $60.00 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)