AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
ENTERED

SOUTHERN DISTRICT OF TEXAS   JUL 2 0 2004
BROWNSVILLE DIVISION

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States of America, Et Al

V.

Veronica Rodriguez

NOTICE OF HEARING

Case No.: Misc B-04-015

TYPE OF CASE:

■ CIVIL        ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | ROOM NO. THIRD FLOOR COURTROOM #6<br>BEFORE JUDGE ANDREW S. HANEN |
|---|---|
| | DATE AND TIME<br>August 6, 2004 @ 1:30 p.m. |

TYPE OF PROCEEDING

## SHOW CAUSE HEARING

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

Michael N. Milby, Clerk

July 20, 2004                             BY: _Irma A. Soto_
DATE                                      Irma A. Soto, Deputy Clerk

TO:   Steven Schammel, AUSA
      Veronica Rodriguez, 418 Mockingbird St., San Benito, TX 78586-7695