United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>SHOW CAUSE HEARING</u>

CIVIL ACTION NO. <u>MISC B-04-015</u>   DATE & TIME: <u>8/6/04 @ 1:43-2:00 p.m.</u>

COUNSEL:

| <u>UNITED STATES OF AMERICA, ET AL</u> | § | <u>NANCY MASSO, AUSA</u> |
|---|---|---|
| VS | § | |
| <u>VERONICA RODRIGUEZ</u> | § | |

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket. Nancy Masso, AUSA, appeared for Petitioners. Petitioners' Motion to allow Appearance of AUSA Nancy Masso is GRANTED. Order executed and filed by the Court.

Respondent fails to appear. Govt calls it witness: Linda Briones Gonzalez w/IRS. Witness sworn in. Testimony concluded. Order Enforcing Internal Revenue Service Summons is submitted to the Court for its consideration and is executed and filed by the Court.

Court is adjourned.