

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer of<br>the Internal Revenue Service | * * * * | |
| Petitioners, | * | |
| | • | Miscellaneous |
| v. | * | Civil Action No. B-04-015 |
| | * | |
| VERONICA RODRIGUEZ, | * * | |
| Respondent. | * | |

### PETITIONERS' MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Linda Briones, Revenue Officer for the Internal Revenue Service, Petitioners herein, move to allow Assistant United States Attorney, Nancy L. Masso, to appear on behalf of the Petitioners at the scheduled Order to Show Cause Hearing scheduled for Friday, August 6, 2004.

Petitioners submit that the Assistant United States Attorney in charge of this case, Steven Schammel, is unable to appear at the hearing scheduled for August 6, 2004. Petitioners' request to have Assistant United States Attorney, Nancy Masso, appear in Mr. Schammel's stead at the hearing in this case. Ms. Masso is familiar with the facts of this case and is authorized to appear in the United States District Courts for the Southern District of Texas.

### *Statement of Consultation*

I verify that on August 4, 2004, I reviewed the file herein in an effort to determine how I may locate the Respondent to determine whether he would oppose this motion. The Petitioners' file does not reflect a telephone number for the Respondent and the local telephone directory provides no listing for the Respondent. The Respondent has not yet filed an answer to the Complaint. Therefore, it could not be determined - prior to filing this motion- whether the Respondent opposed this motion.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that this Court grant allow Assistant United States Attorney, Nancy Masso, to appear in the stead of Assistant

United States Attorney Steven Schammel at the August 6, 2004, hearing scheduled in this case.

                      Respectfully submitted,

                      MICHAEL T. SHELBY
                      United States Attorney

                      NANCY L. MASSO
                      Assistant U.S. Attorney
                      600 E. Harrison, #201
                      Brownsville, TX 78520
                      (956) 548-2554 Fax (956) 548-2549
                      Texas State Bar No. 00800490
                      Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I certify that a copy of the "PETITIONERS' MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY NANCY MASSO" was sent via First Class Mail and Certified Mail, Return Receipt Requested to Respondent Veronica Rodriguez at 418 Mockingbird St., San Benito, Texas 78586 on August 6, 2004.

NANCY L. MASSO
Assistant United States Attorney