**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 0 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | * | |
| LINDA BRIONES, Revenue Officer of | * | |
| the Internal Revenue Service | * | |
| | * | |
| Petitioners, | * | |
| | • | Miscellaneous |
| v. | * | Civil Action No. B-04-015 |
| | * | |
| VERONICA RODRIGUEZ, | * | |
| | * | |
| Respondent. | * | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### *ORDER GRANTING PETITIONERS' MOTION*
### *TO ALLOW AUSA NANCY MASSO TO APPEAR*
### *AS PETITIONERS' COUNSEL*

Today, this Court considered the Petitioners' Motion to Allow AUSA Nancy Masso to appear on their behalf for the August 6, 2004, hearing scheduled in this case. Having considered the motion, the Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED, that AUSA Nancy Masso be allowed to appear on behalf of the Petitioners' at the hearing scheduled on August 6, 2004.

Signed: 8/6/04

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE