IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 0 6 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
AUG 0 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * * |
| Petitioners, | * |
| v. | Miscellaneous Civil Action No. B-04-015 |
| VERONICA RODRIGUEZ, | * * |
| Respondent. | * |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

On August 6, 2004, this matter came up for hearing on this Court's "Order to Show Cause" on the United States of America's "Petition to Enforce Internal Revenue Service Summons." Appearing on behalf of the United States were Assistant United States Attorney, Nancy Masso, and Petitioner, Linda Briones-Gonzalez, a Revenue Officer with the Internal Revenue Service. Respondent, though duly served with the government's Petition (on or about April 30, 2004) and this Court's Order to Show Cause, failed to appear or file an Answer to the government's "Petition". A hearing was held on the government's "Petition" and testimony was heard. Upon consideration of the evidence presented at this hearing and upon consideration of the matters on file herein, this Court finds:

1. This Court has jurisdiction to proceed in this matter under the authority of the following statutory provisions: 28 U.S.C. Sections 1340 and 1345; 26 U.S.C. 7402(b) and 7604(a).

2. On November 13, 2003, Revenue Officer, Linda Briones-Gonzalez, under the

authority of 26 U.S.C. 7602, issued and served upon Respondent, Veronica Rodriguez, a summons to produce:

> *All negotiable and non-negotiable titles for trucks owned by [C.O.D. Express] including a detail listing of any vehicles that have been sold or traded in [sic]. All historical and current listing of accounts receivable for this company beginning January 2002 to the current date.*

3. The summons was issued as the result of an investigation of the Respondent's husband's tax liability for the following tax periods: June 30, 2002; September 30, 2002; December 31, 2002; and March 31, 2003.

4. The amount of the tax liability as of July 19, 2004 was $14, 865.53.

5. On November 25, 2003, the Respondent appeared but refused to comply or otherwise respond to the summons and has not set forth any reasonable explanation which would excuse her failure to produce the information sought in the summons.

6. There are no referrals pending to the Department of Justice (Criminal Division) this Respondent.

7. All administrative actions required under the Internal Revenue Code have been satisfied.

8. Accordingly, the relief sought from the government should be GRANTED.

THEREFORE, IT IS ORDERED, that Respondent, VERONICA RODRIGUEZ, appear before Revenue Officer, Linda Briones-Gonzalez, no later than 12:00 p.m., on _August 25_, 2004, at her office located at 2701 South Business 77, Sunshine Strip, Harlingen, Texas;

IT IS FURTHER ORDERED, that Respondent VERONICA RODRIGUEZ produce to Revenue Officer Linda Briones-Gonzalez the following information/documents:

  A. Historical and current listing of accounts receivable for C.O.D.

    Express beginning January 2002 to the current date.

  B. All negotiable and non-negotiable titles for trucks owned by C.O.D. Express including a detail listing of any vehicles that have been sold or traded.

IT IS FURTHER ORDERED that Respondent's failure to comply with this Order may result in the issuance of a contempt citation requiring the Respondent to show cause why she should not be held in contempt of Court for failure to comply. Respondent is admonished that in event she is found to be in contempt of Court, she may be "fined no more than $1,000.00, or imprisoned not more than one year, or both, together with costs of prosecution." *See*, 28 U.S.C. 7210.

IT IS FURTHER ORDERED, that the government provide a written status report regarding the status of the Respondent's compliance no later than August 31, 2004.

Signed: 8/6/04

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE