# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Tex...
FILED

AUG 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | § | |
| LINDA BRIONES, Revenue Officer of | § | |
| the Internal Revenue Service | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | Miscellaneous |
| | § | Civil Action No. B-04-015 |
| | § | |
| VERONICA RODRIGUEZ | § | |
| Defendant | § | |

## REPORT REGARDING THE STATUS OF DEFENDANT'S COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the UNITED STATES OF AMERICA and LINDA BRIONES, Revenue

Officer of the Internal Revenue Service, Plaintiffs herein, by and through Michael T. Shelby, United

States Attorney for the Southern District of Texas, and hereby provides the following information

regarding the status of Defendant's compliance with the orders of this Court.

To date defendant has not appeared before Internal Revenue Service (IRS) Revenue Officer

Linda Briones pursuant to Court order. However, it has come to the attention of the IRS and the

United States that Defendant's husband, who is the subject of a similar action before Judge Hilda

G. Tagle passed away on August 9, 2004 in Miami, Florida.[1] The case against Armando Rodriguez

has been dismissed. In light of Mr. Rodriguez's death, the IRS is going to attempt to contact

Defendant soon and attempt to resolve this matter.

---

[1] A computer printout from the *Valley Morning Star* obituary column is attached as
Exhibit 1.

Respectfully submitted,
MICHAEL T. SHELBY
UNITED STATES ATTORNEY

STEVEN SCHAMMEL
Assistant United States Attorneys
1701 W. Hwy. 83, Ste. 600
McAllen, TX 78501
Telephone: (956) 618-8010
(956) 618-8016 (fax)
State Bar No. 24007990

## CERTIFICATE OF CONFERENCE

The United States of America was unable to contact Defendant.

STEVEN SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *REPORT REGARDING THE STATUS OF DEFENDANT'S COMPLIANCE* was sent by First-Class Mail to the following:

Mr. Veronica Rodriguez
418 Mockingbird St.
San Benito, Texas 78586

on this the ___24th___ day of ___August___, 2004.

STEVEN T. SCHAMMEL
Assistant United States Attorney

cc:    Ms. Linda Briones
       2701 S. Business 77 Sunshine Strip
       Stop 5370 Harl
       Harlingen, TX 78550

2 of 2

# Exhibit 1

# Monday, August 16, 2004

**Death Notices**

WESLACO — Funeral arrangements for Lela M. Cooper, 77, who passed away Saturday at Knapp Medical Center, are under the direction of McCaleb Funeral Home.

WESLACO — Funeral arrangements for Martha J. Purl, 80, who passed away Saturday at her residence, are under the direction of McCaleb Funeral Home.

SAN BENITO — Funeral arrangements for Alvina P. Longoria, 100, who passed away Sunday at Valley Baptist Medical Center, are under the direction of Thomae-Garza Funeral Directors.

HARLINGEN — Funeral arrangements for Justin Vaughn, 17, who passed away Sunday, are under the direction of Buck Ashcraft Funeral Home.

WESLACO — Funeral arrangements for Victor Hugo Gomez, 35, who passed away Saturday at Mission Hospital, are under the direction of Hawkins Funeral Home.

WESLACO — Funeral arrangements for Lorenzo Rodriguez, 91, who passed away Sunday at his residence, are under the direction of Hawkins Funeral Home.

SOUTH PADRE ISLAND — Funeral arrangements for Gertrude I. Jennette, 89, who passed away Friday at her residence, are under the direction of Thomae-Garza Funeral Directors. Services will be held at Alfred Roy and Sons Funeral Home in Worchester, MA.

## Today's Obituaries Include:

**Margaret Jordan**

**Armando Guerra Rodriguez**

**Margaret Jordan**

WESLACO — Margaret Jordan, 81, passed away Friday, August 13, 2004 at McAllen Heart Hospital.

Visitation will be held on Tuesday, August 17, 2004 from 4 p.m. to 8 p.m. with family receiving friends from 5 p.m. to 7 p.m. at McCaleb Funeral Home Chapel

in Weslaco. Funeral services will be held on Wednesday, August 18, 2004 at 9 a.m. at First Presbyterian Church in Weslaco. Interment will follow at Hillcrest Cemetery in Edinburg.

Arrangements are under the direction of McCaleb Funeral Home of Weslaco.

### Armando Guerra Rodriguez

SAN BENITO — Armando Guerra Rodriguez, 37, went to be with the Lord, Monday, August 9, 2004 in Miami, Florida.



Mr. Rodriguez was born in Arlington Heights, Illinois on July 24, 1967. He was a lifetime resident of San Benito, the owner of C.O.D. Express and a member of St. Benedict's Catholic Church. Armando was a loving husband, a caring brother, a dear son and a wonderful father.

He will be remembered for his giving heart, unconditional love, and his ever-living spirit will remain with us forever. Armando will be dearly missed by all.

He is survived y his wife, Veronica Valle Rodriguez; two daughters, Jennifer Nicole Valle Rodriguez and Chelsea Amanda Valle Rodriguez; step-son, Ruben Anthony (Ann) Valle; parents, Mr. and Mrs. Jose R. and Maria Elena Rodriguez Sr.; brothers, Guadalupe (Elena) Rodriguez, Joe G. (Michelle) Rodriguez Jr.; sister, Cristela Dow Rodriguez; maternal grandmother, Socorro Rodriguez and numerous aunts, uncles, nephews, nieces and cousins.

He was preceded in death by his grandfather, Guadalupe Rodriguez; grandfather, Marcos Guerra, Sr.; grandmother, Ernestina Guerra and uncle, Marcos Guerra, Jr.

Pallbearers will be Ruben Anthony Valle, Albert Valle, Alfredo Valle, Carlos Guerra, Francisco Gonzalez, Marcelo Gutierrez, Jesus Benavidez and Steve Valle. Honorary pallbearers will be Guadalupe Rodriguez, Joe Rodriguez Jr. and Sam Moore.

Visitation will be held Monday, August 16, 2004 at San Benito Funeral Home Chapel from 9 a.m. to 9 p.m. with a Holy Rosary to be recited at 7 p.m. Funeral services will be Tuesday, August 17, 2004 at St. Benedicts Catholic Church in San Benito with Father Ignacio "Nacho" Luna officiating at 10 a.m. Entombment will follow at Mont Meta Memorial Park in San Benito, TX.

Funeral arrangements are under the direction of San Benito Funeral Home.

Posted by: Mike Perez on Aug 16, 04 | 6:36 am | Profile

Printer Friendly Version

Copyright © 2004 The Valley Morning Star