**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and** | § | |
| **LINDA BRIONES, Revenue Officer** | § | |
| **of the Internal Revenue Service** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Misc. No. B-04-015** |
| | § | |
| **VERONICA RODRIGUEZ** | § | |
| **Defendant** | § | |

**OPPOSED[1]
UNITED STATES OF AMERICA'S AND LINDA BRIONES, REVENUE OFFICER
OF THE INTERNAL REVENUE SERVICE'S
MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW, the United States of America, and Internal Revenue Service Agent Linda Briones, Plaintiffs herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves for dismissal of this action. The United States of America submits the following as grounds for granting this motion:

1.  United States of America and Linda Briones, Revenue Officer of the Internal Revenue Service no longer wishes to prosecute this case

2.  Plaintiffs hereby move that this case be dismissed *without* prejudice should Plaintiffs desire to refile same.

3.  In the interest of justice, this case should be dismissed without prejudice.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s
STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Business 83, Suite 600
McAllen, Texas 78520
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24007990

---

[1]Plaintiff was unable to contact Defendant.

## CERTIFICATE OF CONFERENCE

The United States of America was unable to contact Defendant regarding this motion therefor this motion is by default, opposed.

/s_____
STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing *Opposed United States of America's and Linda Briones, Revenue Officer Of the Internal Revenue Service's Motion to Dismiss Without Prejudice* was sent by First-Class Mail to the following:

Mr. Veronica Rodriguez
418 Mockingbird St.
San Benito, Texas  78586

on this the 3rd day of December, 2004.

/s_____
STEVEN T. SCHAMMEL
Assistant United States Attorney