IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> LINDA BRIONES, Revenue Officer <br> of the Internal Revenue Service <br>     Plaintiffs, <br><br> v. <br><br> VERONICA RODRIGUEZ <br>     Defendant | Misc. No. B-04-015 |

### ORDER OF DISMISSAL

CAME ON for consideration the Opposed United States of America's and Linda Briones, Revenue Officer of the Internal Revenue Service's Motion to Dismiss without Prejudice. Upon consideration of the motion, the Court is of the opinion that Plaintiffs' Motion should be **GRANTED**.

THEREFORE, it is ordered that Plaintiffs' Petition to Enforce Internal Revenue Service Summons is hereby **DISMISSED** without prejudice.

Signed at Brownsville, Texas, on this ____ day of _____, 200__.

_____
UNITED STATES DISTRICT JUDGE
ANDREW S. HANEN