United States District Court
Southern District of Texas
ENTERED

JUN 0 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA and §
LINDA BRIONES, Revenue Officer §
of the Internal Revenue Service §
  Plaintiffs, §
§
v. § Misc. No. B-04-015
§
VERONICA RODRIGUEZ §
  Defendant §

## ORDER OF DISMISSAL

CAME ON for consideration the Opposed United States of America's and Linda Briones, Revenue Officer of the Internal Revenue Service's Motion to Dismiss without Prejudice. Upon consideration of the motion, the Court is of the opinion that Plaintiffs' Motion should be **GRANTED**.

THEREFORE, it is ordered that Plaintiffs' Petition to Enforce Internal Revenue Service Summons is hereby **DISMISSED** without prejudice.

Signed at Brownsville, Texas, on this 2nd day of June, 2005.

UNITED STATES DISTRICT JUDGE
ANDREW S. HANEN